JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

P.C. RICHARD & SON LONG ISLAND CORP.

(b)  County of Residence of First Listed Plaintiff   **Suffolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c)  Attorney's (Firm Name, Address, and Telephone Number)
Mark F. Himsworth, Esquire    #49856
375 Morris Road  P.O. Box 1479
Lansdale, PA 19446-0773    215-661-0400

## DEFENDANTS

SHOEMAKER CONSTRUCTION CO.

County of Residence of First Listed Defendant   **Montgomery**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL INJURY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 362 Personal Injury - Med. Malpractice | ☐ 650 Airline Regs. | ☐ 830 Patent |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | **SOCIAL SECURITY** |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 861 HIA (1395ff) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) |
| ☐ 195 Contract Product Liability |  | ☐ 371 Truth in Lending |  | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 196 Franchise |  | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other |  |  |
|  | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights |  |  |
|  |  | ☐ 555 Prison Condition |  |  |

Other Statutes continued:
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Breach of contract

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 86,775.34
plus interest, costs and attorneys' fees

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
June 5, 2009

SIGNATURE OF ATTORNEY OF RECORD
Mark F. Himsworth, Esquire

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT                           APPENDIX F

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 150 Price Parkway, Farmingdale, NY 11735

Address of Defendant: 100 Front Street, Suite 1300, West Conshohocken, PA 19428

Place of Accident, Incident or Transaction: New York and Pennsylvania

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))       Yes☐   No☒

Does this case involve multidistrict litigation possibilities?                                      Yes☐   No☒
*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?       Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?       Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?       Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☒ All other Diversity Cases     (Breach of contract)
(Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____     _____     _____
                                    Attorney-at-Law                       Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: June 5, 2009     _____     #49856
                              Mark F. Himsworth, Esquire

APPENDIX I

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

P.C. RICHARD & SON LONG ISLAND CORP.              :              CIVIL ACTION
                                                  :
                          v.                      :
                                                  :
SHOEMAKER CONSTRUCTION CO.                        :
                                                  :              NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.              ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits              ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.              ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)              ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.              (x)


June 5, 2009              Mark E. Himsworth, Esquire              Plaintiff
_____              _____              _____
Date                        Attorney-at-law                     Attorney for

215-661-0400              215-661-0315              mhimsworth@hrmml.com
_____              _____              _____
Telephone                   FAX Number                     E-Mail Address


(Civ. 660) 10/02

APPENDIX G

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

P.C. RICHARD & SON LONG ISLAND CORP., :
:
:
V. : Civil Action
: No: _____
SHOEMAKER CONSTRUCTION CO. :
:

### DISCLOSURE STATEMENT FORM

Please check one box:

☒      The nongovernmental corporate party, _P.C. Richard & Son Long Island Corp._
, in the above listed civil action does not have any parent corporation and
publicly held corporation that owns 10% or more of its stock.

❏      The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

June 5, 2009                          Mark F. Himsworth, Esquire
_____          _____
Date                                          Signature

                    Counsel for:    Plaintiff
                                   _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a)    WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
two copies of a disclosure statement that:
(1)    identifies any parent corporation and any publicly held corporation
owning 10% or more of its stock;  or

(2)    states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
(1)    file the disclosure statement with its first appearance, pleading,
petition, motion, response, or other request addressed to the court;
and
(2)    promptly file a supplemental statement if any required information
changes.

**APPENDIX G**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

P.C. RICHARD & SON LONG ISLAND CORP.        :
                                         :

                         V.                       :        Civil Action

                                         :        No: _____

SHOEMAKER CONSTRUCTION CO.                :

                                         :

### DISCLOSURE STATEMENT FORM

Please check one box:

☒          The nongovernmental corporate party, <u>P.C. Richard & Son Long Island Corp.</u> , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❑          The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

June 5, 2009                        Mark F. Himsworth, Esquire
_____      _____
      Date                                         Signature

                           Counsel for:      Plaintiff
                                                 _____

## Federal Rule of Civil Procedure 7.1 Disclosure Statement

(a)     WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:

     (1)      identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or

     (2)      states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:

     (1)      file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

     (2)      promptly file a supplemental statement if any required information changes.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| P.C. RICHARD & SON LONG ISLAND CORP. | : | NO.: |
| 150 Price Parkway | : | |
| Farmingdale, NY 11735 | : | |
| | : | |
|    v. | : | |
| | : | |
| SHOEMAKER CONSTRUCTION CO. | : | |
| 100 Front Street, Suite 1300 | : | |
| West Conshohocken, PA 19428 | : | |

## COMPLAINT

**TO THE HONORABLE, THE JUDGES OF THE SAID COURT:**

The Plaintiff files this Complaint and avers the following:

1.    Plaintiff is P.C. Richard & Son Long Island Corp., with its business address at 150 Price Parkway, Farmingdale, New York 11735.

2.    Defendant is Shoemaker Construction Co., with its business address at 100 Front Street, Suite 1300, West Conshohocken, Pennsylvania 19428.

## COUNT I
## BREACH OF CONTRACT

3.    Paragraphs 1 through 2 above are incorporated herein as if set forth in full.

4.    At the Defendant's special insistence and request, Plaintiff supplied goods of the kinds and descriptions, in the quantities, and for the prices set forth in invoices which are attached hereto as Exhibit "A" and made a part hereof.

5.    The Defendant received and accepted the goods described in the Plaintiff's invoices attached as Exhibit "A".

{00351982;v1}

6.      The prices set forth in the Plaintiff's invoices attached as Exhibit "A" were fair, reasonable and market prices at the time that they were sold to the Defendant, and were the prices which the Defendant agreed to pay.

7.      The Plaintiff satisfied all conditions precedent under the contract.

8.      The outstanding principal balance of the invoices is Eighty-Six Thousand Seven Hundred Seventy-Five Dollars and Thirty-Four Cents ($86,775.34).

9.      The Defendant admits liability and has previously made payments on account without ever questioning any invoice.

10.     Despite repeated demands, the Defendant refuses to pay any amount of the outstanding balance and, consequently, there remains due and owing to the Plaintiff by the Defendant the sum of Eighty-Six Thousand Seven Hundred Seventy-Five Dollars and Thirty-Four Cents ($86,775.34), plus interest, costs and fees.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered in favor of the Plaintiff and against the Defendant in the amount of Eighty-Six Thousand Seven Hundred Seventy-Five Dollars and Thirty-Four Cents ($86,775.34), plus interest, costs and fees.

## COUNT II
## UNJUST ENRICHMENT

11.     The allegations set forth in paragraphs 1 through 10 above are incorporated herein as if set forth in full.

12.     The Defendant has received the labor and materials without paying for it.

13.     The Defendant has been unjustly enriched.

{00351982;v1}

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered in favor of the Plaintiff and against the Defendant in the amount of Eighty-Six Thousand Seven Hundred Seventy-Five Dollars and Thirty-Four Cents ($86,775.34), plus interest, costs and fees.

## COUNT III
## VIOLATIONS OF PENNSYLVANIA'S
## CONTRACTOR/SUBCONTRACTOR PAYMENT ACT

14.     The allegations set forth in paragraphs 1 through 13 above are incorporated herein as if set forth in full.

15.     At all times relevant hereto, Plaintiff and Defendant were each "contractors" and/or "subcontractors" as those terms are defined by Pennsylvania's Contractor/Subcontractor Payment Act ("Act").  73 P.S. § 502.

16.     Defendant violated the Act including, but not limited to, Section 504, when, upon completion of Plaintiff's obligations under the contract, Defendant failed to pay Plaintiff for the materials and services provided thereunder.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered in favor of the Plaintiff and against the Defendant in the amount of Eighty-Six Thousand Seven Hundred Seventy-Five Dollars and Thirty-Four Cents ($86,775.34), plus the aforementioned statutory penalty, interest, attorneys' fees and costs.

HAMBURG, RUBIN, MULLIN,
MAXWELL & LURIN

By: _____
Mark F. Himsworth, Esquire #49856
375 Morris Road, P. O. Box 1479
Lansdale, PA 19446-0773
(215) 661-0400
(215) 661-0315 - fax
*mhimsworth@hrmml.com*

**EXHIBIT "A"**

{00351982;v1}



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0091547**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Con/Locust Tower
225 South 15th Street
Penthouse Units****
Philadelphia, PA 19102

Customer # 29541        PO# - JOHN WRIGHT****                        Salesman #  70234

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|-----------|-------------|
| DL | 3 | ZOF-C022 | Ran Hood Accs | Zephyr | 04/08/08 | CMP 04/17/08 | 30.00 | 90.00 |
| DL | 2 | ZOF-C022 | Ran Hood Accs | Zephyr | 04/08/08 | CMP 04/17/08 | 30.00 | 60.00 |
| DL | 3 | SHV57C03UC | D/washer Undctr | Bosch | 04/08/08 | CMP 04/17/08 | 995.00 | 2,985.00 |
| DL | 2 | SHV57C03UC | D/washer Undctr | Bosch | 04/08/08 | CMP 04/17/08 | 995.00 | 1,990.00 |
| DL | 3 | PEM31SMSS | Micro Oven | G.E. Profile | 04/08/08 | CMP 04/17/08 | 198.00 | 594.00 |
| DL | 1 | PEM31SMSS | Micro Oven | G.E. Profile | 04/17/08 | CMP 04/17/08 | 198.00 | 198.00 |
| DL | 1 | PEM31SMSS | Micro Oven | G.E. Profile | 04/17/08 | CMP 04/23/08 | 198.00 | 198.00 |
| DL | 3 | 611/SRH | Ref Ff Blt W/factory Ic | Sub-Zero | 09/03/08 | CMP 09/03/08 | 4,902.00 | 14,706.00 |
| DL | 2 | 611/SRH | Ref Ff Blt W/factory Ic | Sub-Zero | 09/03/08 | CMP 09/03/08 | 4,902.00 | 9,804.00 |
| DL | 3 | VGSC3064BSS | Ran Gs 30 Comm | Viking | 09/03/08 | CMP 09/03/08 | 3,396.00 | 10,188.00 |
| DL | 2 | VGSC3064BSS | Ran Gs 30 Comm | Viking | 09/03/08 | CMP 09/03/08 | 3,396.00 | 6,792.00 |
| DL | 3 | ZPY-E30S | Ran Hood 30v | Zephyr | 09/03/08 | CMP 09/03/08 | 420.00 | 1,260.00 |
| DL | 2 | ZPY-E30S | Ran Hood 30v | Zephyr | 09/03/08 | CMP 09/03/08 | 420.00 | 840.00 |

All Payments Should Be Sent To: P.O. Box 9122  Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway  Farmingdale, NY 11735-9122

Comments:
BETWEEN 7AM-10AM***
CALL 1/2 HOUR BEFORE***484-571-2432 OR 215-546-3032***

| | |
|---|---|
| SUB-TOTAL | $49,705.00 |
| SALES TAX (7.000%) | 3,479.35 |
| TOTAL | 53,184.35 |
| TOTAL AMOUNT PAID | .00 |
| TOTAL AMOUNT DUE | 53,184.35 |
| AMOUNT DUE NOW | $53,184.35 |

TERMS: NET 30 DAYS NO DISCOUNT

*The Company You Can Trust Since 1909!*

**Remit Payment To:**
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0090974**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Con/Locust Tower
225 South 15th Street
Unit #14B
Philidelphia, PA 19102

Customer # 29541  PO# - JOHN WRIGHT****

Salesman # 70234

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|------------|-------------|
| DL | 1 | 9900-736-00 | Ref Accs | Liebherr | 03/28/08 | CMP 04/17/08 | 139.00 | 139.00 |

All Payments Should Be Sent To: P.O. Box 9122 Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway Farmingdale, NY 11735-9122

Comments:
BETWEEN 7AM-10AM
CALL 1/2 HOUR BEFORE****215-546-3032****
MUST INSPECT/ACCEPT NO DAMAGES*******

| | |
|---|---|
| SUB-TOTAL | $139.00 |
| SALES TAX (7.000%) | 9.73 |
| TOTAL | 148.73 |
| TOTAL AMOUNT PAID | .00 |
| TOTAL AMOUNT DUE | 148.73 |
| AMOUNT DUE NOW | $148.73 |

**TERMS: NET 30 DAYS NO DISCOUNT**

*The Company You Can Trust Since 1909!*

**Remit Payment To:**
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0091251**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman #  70349

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|------------|-------------|
| DL | 1 | ZBD1800GSS | D/washer Undctr | G.E. Monogram | 04/13/08 | CMP 04/23/08 | 490.00 | 490.00 |

All Payments Should Be Sent To: P.O. Box 9122 Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway Farmingdale, NY 11735-9122

*Comments:*
CALL JIM 1/2 HR BEFORE DELIVERY AT 215-546-3032
INSIDE UNCRATED DELIVERY. ALL UNITS MUST BE OPENED AND INSPECTED AT
THE TIME OF DELIVERY. ALL DAMAGES MUST BE REFUSED. NO RETURNS OR
EXCHANGES.

| | |
|---|---|
| SUB-TOTAL | $490.00 |
| SALES TAX (7.000%) | 34.30 |
| TOTAL | 524.30 |
| TOTAL AMOUNT PAID | .00 |
| TOTAL AMOUNT DUE | 524.30 |
| AMOUNT DUE NOW | $524.30 |

TERMS: NET 30 DAYS NO DISCOUNT

*The Company You Can Trust Since 1909!*

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATER NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0090555**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman #  70349

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|-----------|-------------|
| DL | 1 | E30GF74GPS | Ran Gs 30 Comm | Electrolux Icon | 03/21/08 | CMP 05/09/08 | 2,500.00 | 2,500.00 |
| DL | 1 | EI30MH55GS | Micro Oven Top | Electrolux | 03/21/08 | CMP 05/09/08 | 600.00 | 600.00 |
| DL | 1 | W6022 | E Star Front Load Washe | Asko | 03/21/08 | CMP 05/09/08 | 700.00 | 700.00 |
| DL | 1 | T702CCA | Dryer El | Asko | 03/21/08 | CMP 05/14/08 | 700.00 | 700.00 |

All Payments Should Be Sent To: P.O. Box 9122  Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway  Farmingdale, NY 11735-9122

Comments:
CALL JIM 1/2 HR BEFORE DELIVERY AT 215-546-3032
INSIDE UNCRATED DELIVERY. ALL UNITS MUST BE OPENED AND INSPECTED AT
THE TIME OF DELIVERY. ALL DAMAGES MUST BE REFUSED. NO RETURNS OR
EXCHANGES. DELIVERY IS FOR UNIT #17C

| | |
|---|---|
| SUB-TOTAL | $4,500.00 |
| SALES TAX (7.000%) | 315.00 |
| TOTAL | 4,815.00 |
| TOTAL AMOUNT PAID | .00 |
| TOTAL AMOUNT DUE | 4,815.00 |
| AMOUNT DUE NOW | $4,815.00 |

**TERMS: NET 30 DAYS NO DISCOUNT**

*The Company You Can Trust Since 1909!*

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0082925**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman # 70387

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|------------|-------------|
| DL | 18 | PGS908SEMSS | Ran Gs S/i | G.E. Profile | 09/03/08 | CMP 09/03/08 | 1,050.00 | 18,900.00 |

All Payments Should Be Sent To: P.O. Box 9122 Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway Farmingdale, NY 11735-9122

*Comments:*
CALL JIM 1/2 HOUR BEFORE DL @ 215-546-3032
INSIDE UNCRATED DELIVERY ALL UNITS MUST BE OPENED AND INSPECTED AT
TIME OF DELIVERY ALL DAMAGES MUST BE REFUSED NO RETURNS OR
EXCHANGES DELIVERY IS FOR FLOORS 10-15

| | |
|---|---|
| SUB-TOTAL | $18,900.00 |
| SALES TAX | NON-TAXABLE |
| TOTAL | 18,900.00 |
| TOTAL AMOUNT PAID | 19,746.00 |
| TOTAL AMOUNT DUE | 846.00- |
| AMOUNT DUE NOW | $.00 |

**Thank You For Making**
**P.C. Richard & Son**
**Your First Choice For**
**Appliances, Electronics, and Computers!**

*The Company You Can Trust Since 1909!*

DL=Delivery   EX=Exchange   CP=Customer Pick-Up   TK=Taken   RT=Return

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0088104**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman # 70349

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|------------|-------------|
| DL | 1 | PDS20SFSLSS | Ref 19cf W/factory Ice | G.E. Profile | 02/08/08 | CMP 02/11/08 | 1,097.00 | 1,097.00 |

All Payments Should Be Sent To: P.O. Box 9122 Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway Farmingdale, NY 11735-9122

*Comments:*
CALL JIM 1/2 HR BEFORE DELIVERY AT 215-546-3032
INSIDE UNCRATED DELIVERY. ALL UNITS MUST BE OPENED AND INSPECTED AT
THE TIME OF DELIVERY. ALL DAMAGES MUST BE REFUSED. NO RETURNS OR
EXCHANGES.

| | |
|---|---|
| SUB-TOTAL | $1,097.00 |
| SALES TAX (7.000%) | 76.79 |
| TOTAL | 1,173.79 |
| TOTAL AMOUNT PAID | 1,065.00 |
| TOTAL AMOUNT DUE | 108.79 |
| AMOUNT DUE NOW | $108.79 |

TERMS: NET 30 DAYS NO DISCOUNT

*The Company You Can Trust Since 1909!*

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS ASSOCIATED BUILDERS & OWNERS OF GREATER NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIATION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD COUNTY
HUDSON VALLEY BUILDERS ASSOCIATION
NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**

**023-0873937**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Con/Locust Tower
225 South 15th Street
Philidelphia, PA 19102

Customer # 29541     PO# - PENDING CHANGE ORDER AS PER MIKE MALTESE Salesman #  70378

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|------------|-------------|
| DL | 1 | EDW5505EPS | D/washer Undctr | Electrolux Icon | 02/18/08 | CMP 02/25/08 | 720.00 | 720.00 |
| DL | 1 | E23CS78GPS | Ref 22 Cf W/factory Ice | Electrolux Icon | 02/18/08 | CMP 02/25/08 | 2,300.00 | 2,300.00 |

All Payments Should Be Sent To: P.O. Box 9122  Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway  Farmingdale, NY 11735-9122

**Comments:**

| | |
|---|---|
| SUB-TOTAL | $3,020.00 |
| SALES TAX (7.000%) | 211.40 |
| TOTAL | 3,231.40 |
| TOTAL AMOUNT PAID | 2,908.00 |
| TOTAL AMOUNT DUE | 323.40 |
| AMOUNT DUE NOW | $323.40 |

TERMS: NET 30 DAYS NO DISCOUNT

*The Company You Can Trust Since 1909!*

**Remit Payment To:**
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** | BUILDERS DIVISION

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0087350**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman # 70387

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|-----------|-------------|
| DL | 5 | WFL2060UC | E Star Front Load Washe | Bosch | 02/25/08 | CMP 02/27/08 | 759.00 | 3,795.00 |
| DL | 5 | WTE86300US | Dryer El | Bosch | 02/25/08 | CMP 02/27/08 | 759.00 | 3,795.00 |
| DL | 5 | WTZ11300UC | Stack Kits - Req Instal | Bosch | 02/25/08 | CMP 02/27/08 | 65.00 | 325.00 |

All Payments Should Be Sent To: P.O. Box 9122  Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway  Farmingdale, NY 11735-9122

*Comments:*
CALL JIM 1/2 HOUR BEFORE DELIVERY @ 215-546-3032
INSIDE UNCRATED DELIVERY ALL UNITS MUST BE OPENED AND INSPECTED
AT TIME OF DELIVERY ALL DAMAGES MUST BE REFUSED NO RETURNS OR
EXCHANGES

| | |
|---|---|
| SUB-TOTAL | $7,915.00 |
| SALES TAX (7.000%) | 554.05 |
| TOTAL | 8,469.05 |
| TOTAL AMOUNT PAID | 7,622.00 |
| TOTAL AMOUNT DUE | 847.05 |
| AMOUNT DUE NOW | $847.05 |

TERMS: NET 30 DAYS NO DISCOUNT

*The Company You Can Trust Since 1909!*

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF CREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** / BUILDERS DIVISION

A Division of P.C. Richard & Son
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0087071**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer #  29541

Salesman #  70387

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|------------|-------------|
| DL | 6 | WFL2060UC | E Star Front Load Washe | Bosch | 01/23/08 | CMP 02/11/08 | 759.00 | 4,554.00 |
| DL | 6 | WTE86300US | Dryer El | Bosch | 01/23/08 | CMP 02/11/08 | 759.00 | 4,554.00 |
| DL | 6 | WTZ11300UC | Stack Kits - Req Instal | Bosch | 01/23/08 | CMP 02/11/08 | 65.00 | 390.00 |
| DL | 5 | PDS20SFSLSS | Ref 19cf W/factory Ice | G.E. Profile | 01/24/08 | CMP 01/29/08 | 1,097.00 | 5,485.00 |
| DL | 1 | PDS20SFSRSS | Ref 19cf W/factory Ice | G.E. Profile | 01/24/08 | CMP 01/29/08 | 1,097.00 | 1,097.00 |
| DL | 2 | PDS20SFSLSS | Ref 19cf W/factory Ice | G.E. Profile | 01/24/08 | CMP 02/27/08 | 1,097.00 | 2,194.00 |
| DL | 5 | PGS908SEMSS | Ran Gs S/i | G.E. Profile | 02/25/08 | CMP 02/27/08 | 1,050.00 | 5,250.00 |
| DL | 5 | PDW8280NSS | D/washer Undctr | G.E. Profile | 02/25/08 | CMP 02/27/08 | 521.00 | 2,605.00 |
| DL | 5 | PNM1871SMSS | Micro Oven Top | G.E. Profile | 02/25/08 | CMP 02/27/08 | 404.00 | 2,020.00 |
| DL | 3 | PDS20SFSRSS | Ref 19cf W/factory Ice | G.E. Profile | 02/25/08 | CMP 02/27/08 | 1,097.00 | 3,291.00 |

All Payments Should Be Sent To: P.O. Box 9122  Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway  Farmingdale, NY 11735-9122

Comments:
CALL JIM 1/2 HOUR BEFORE DELIVERY @ 215-546-3032
    INSIDE UNCRATED DELIVERY ALL UNITS MUST BE OPENED AND INSPECTED
AT TIME OF DELIVERY ALL DAMAGES MUST BE REFUSED NO RETURNS OR
EXCHANGES
"*"=Item is Non-Taxable

| | |
|---|---|
| SUB-TOTAL | $31,440.00 |
| SALES TAX | 921.62 |
| TOTAL | 32,361.62 |
| TOTAL AMOUNT PAID | 31,440.00 |
| TOTAL AMOUNT DUE | 921.62 |
| AMOUNT DUE NOW | $921.62 |

**TERMS: NET 30 DAYS NO DISCOUNT**

*The Company You Can Trust Since 1909!*

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**BUILDERS DIVISION**

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0088934**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman # 70387

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|-----------|-------------|
| DL | 3 | PDS20SFSRSS | Ref 19cf W/factory Ice | G.E. Profile | 02/26/08 | CMP 02/29/08 | 1,097.00 | 3,291.00 |
| DL | 2 | PDS20SFSLSS | Ref 19cf W/factory Ice | G.E. Profile | 02/26/08 | CMP 02/29/08 | 1,097.00 | 2,194.00 |
| DL | 5 | PDW8280NSS | D/washer Undctr | G.E. Profile | 02/26/08 | CMP 02/29/08 | 521.00 | 2,605.00 |
| DL | 5 | PNM1871SMSS | Micro Oven Top | G.E. Profile | 02/26/08 | CMP 02/29/08 | 404.00 | 2,020.00 |
| DL | 5 | PGS908SEMSS | Ran Gs S/i | G.E. Profile | 02/26/08 | CMP 02/29/08 | 1,050.00 | 5,250.00 |
| DL | 5 | WFL2060UC | E Star Front Load Washe | Bosch | 02/26/08 | CMP 02/29/08 | 759.00 | 3,795.00 |
| DL | 5 | WTE86300US | Dryer El | Bosch | 02/26/08 | CMP 02/29/08 | 759.00 | 3,795.00 |
| DL | 5 | WTZ11300UC | Stack Kits - Req Instal | Bosch | 02/26/08 | CMP 02/29/08 | 65.00 | 325.00 |

All Payments Should Be Sent To: P.O. Box 9122 Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway Farmingdale, NY 11735-9122

*Comments:*
CALL 1/2 HOUR BEFORE DELIVERY @ 215-546-3032
INSIDE UNCRATED DELIVERY ALL UNITS MUST BE OPENED AND INSPECTED
AT TIME OF DELIVERY ALL DAMAGES MUST BE REFUSED NO RETURNS OR
EXCHANGES

| | |
|---|---|
| SUB-TOTAL | $23,275.00 |
| SALES TAX (7.000%) | 1,629.25 |
| TOTAL | 24,904.25 |
| TOTAL AMOUNT PAID | 22,414.00 |
| TOTAL AMOUNT DUE | 2,490.25 |
| AMOUNT DUE NOW | $2,490.25 |

**TERMS: NET 30 DAYS NO DISCOUNT**

*The Company You Can Trust Since 1909!*

**Remit Payment To:**
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER, QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** /BUILDERS DIVISION/

A Division of P.C. Richard & Son
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**023-0873933**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Con/Locust Tower
225 South 15th Street
Philidelphia, PA 19102

Customer # 29541      PO# - PENDING CHANGE ORDER AS PER MIKE MALTESE Salesman # 70378

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|-----------|-------------|
| DL | 1 | R1400 | Ref Ff Blt-in | Liebherr | 02/18/08 | CMP 02/29/08 | 2,032.00 | 2,032.00 |
| DL | 1 | BF1051 | Fre Ff Blt-in | Liebherr | 02/18/08 | CMP 02/29/08 | 3,018.00 | 3,018.00 |
| DL | 1 | 9900-720-00 | Ref Accs | Liebherr | 02/18/08 | CMP 02/29/08 | 203.00 | 203.00 |
| DL | 1 | E36DF76EPS | Ran Gs 36 Comm | Electrolux Icon | 02/18/08 | CMP 02/29/08 | 4,160.00 | 4,160.00 |
| DL | 1 | EDW5505EPS | D/washer Undctr | Electrolux Icon | 02/18/08 | CMP 02/25/08 | 720.00 | 720.00 |
| DL | 1 | E30SO75FPS | W/oven Sq El Sc | Electrolux Icon | 02/18/08 | CMP 02/25/08 | 1,220.00 | 1,220.00 |
| DL | 1 | E24WC48EPS | Wine Cooler | Electrolux Icon | 02/18/08 | CMP 02/25/08 | 975.00 | 975.00 |
| DL | 1 | VWH3610SS | Ran Hood 36v | Viking | 02/18/08 | CMP 02/25/08 | 884.00 | 884.00 |
| DL | 1 | VRK36 | Ran Hood Accs | Viking | 02/18/08 | CMP 02/25/08 | 360.00 | 360.00 |
| DL | 1 | W6022 | E Star Front Load Washe | Asko | 02/19/08 | CMP 02/25/08 | 700.00 | 700.00 |
| DL | 1 | T702CCA | Dryer El | Asko | 02/19/08 | CMP 02/25/08 | 700.00 | 700.00 |

All Payments Should Be Sent To: P.O. Box 9122 Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway Farmingdale, NY 11735-9122

Comments:
Deliver to job site
Call the office before delivery: 2154 546 3032
MUST FULLY INSPECT ALL UNCRATED ITEMS BEFORE SIGNING***

| | |
|---|---|
| SUB-TOTAL | $14,972.00 |
| SALES TAX (7.000%) | 1,048.04 |
| TOTAL | 16,020.04 |
| TOTAL AMOUNT PAID | 14,418.00 |
| TOTAL AMOUNT DUE | 1,602.04 |
| AMOUNT DUE NOW | $1,602.04 |

**TERMS: NET 30 DAYS NO DISCOUNT**

*The Company You Can Trust Since 1909!*

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF CREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P. C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0089831**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman #  70387

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|------------|-------------|
| DL | 4 | PDS20SFSLSS | Ref 19cf W/factory Ice | G.E. Profile | 03/10/08 | CMP 03/12/08 | 1,097.00 | 4,388.00 |
| DL | 3 | PDS20SFSRSS | Ref 19cf W/factory Ice | G.E. Profile | 03/10/08 | CMP 03/12/08 | 1,097.00 | 3,291.00 |
| DL | 7 | PDW8280NSS | D/washer Undctr | G.E. Profile | 03/10/08 | CMP 03/12/08 | 521.00 | 3,647.00 |
| DL | 7 | PNM1871SMSS | Micro Oven Top | G.E. Profile | 03/10/08 | CMP 03/12/08 | 404.00 | 2,828.00 |
| DL | 7 | PGS908SEMSS | Ran Gs S/i | G.E. Profile | 03/10/08 | CMP 03/12/08 | 1,050.00 | 7,350.00 |

All Payments Should Be Sent To: P.O. Box 9122 Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway, Farmingdale, NY 11735-9122

*Comments:*
CALL JIM 1/2 HOUR BEFORE DELIVERY @ 215-546-3032
  INSIDE UNCRATED DELIVERY ALL UNITS MUST BE OPENED AND INSPECTED
AT TIME OF DELIVERY ALL DAMAGES MUST BE REFUSED NO RETURNS OR
EXCHANGES

| | |
|---|---|
| SUB-TOTAL | $21,504.00 |
| SALES TAX (7.000%) | 1,505.28 |
| TOTAL | 23,009.28 |
| TOTAL AMOUNT PAID | 20,708.00 |
| TOTAL AMOUNT DUE | 2,301.28 |
| AMOUNT DUE NOW | $2,301.28 |

**TERMS: NET 30 DAYS NO DISCOUNT**

*The Company You Can Trust Since 1909!*

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0087352**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman #  70387

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|-----------|-------------|
| DL | 6 | WFL2060UC | E Star Front Load Washe | Bosch | 01/24/08 | CMP 03/31/08 | 759.00 | 4,554.00 |
| DL | 6 | WTE86300US | Dryer El | Bosch | 01/24/08 | CMP 03/31/08 | 759.00 | 4,554.00 |
| DL | 6 | WTZ11300UC | Stack Kits - Req Instal | Bosch | 01/24/08 | CMP 03/31/08 | 65.00 | 390.00 |
| DL | 1 | WFL2060UC | E Star Front Load Washe | Bosch | 03/27/08 | CMP 03/31/08 | 759.00 | 759.00 |
| DL | 1 | WTE86300US | Dryer El | Bosch | 03/27/08 | CMP 03/31/08 | 759.00 | 759.00 |

All Payments Should Be Sent To: P.O. Box 9122  Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway  Farmingdale, NY 11735-9122

*Comments:*
CALL JIM 1/2 HOUR BEFORE DELIVERY @ 215-546-3032
   INSIDE UNCRATED DELIVERY ALL UNITS MUST BE OPENED AND INSPECTED
AT TIME OF DELIVERY ALL DAMAGES MUST BE REFUSED NO RETURNS OR
EXCHANGES
"*"=Item is Non-Taxable

| | |
|---|---|
| SUB-TOTAL | $11,016.00 |
| SALES TAX | 106.26 |
| TOTAL | 11,122.26 |
| TOTAL AMOUNT PAID | 10,010.00 |
| TOTAL AMOUNT DUE | 1,112.26 |
| AMOUNT DUE NOW | $1,112.26 |

TERMS: NET 30 DAYS NO DISCOUNT

*The Company You Can Trust Since 1909!*

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION
NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDERS ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P. C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

### INVOICE#
## 024-0087346

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman #  70387

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|------------|-------------|
| DL | 6 | HMV9305 | Micro Oven Top | Bosch | 01/24/08 | CMP 02/11/08 | 427.00 | 2,562.00 |
| DL | 6 | SHX45M05UC | D/washer Undctr | Bosch | 01/24/08 | CMP 02/11/08 | 898.00 | 5,388.00 |
| DL | 6 | HGS7052UC | Ran Gs 30 Sc | Bosch | 01/24/08 | CMP 03/31/08 | 1,175.00 | 7,050.00 |
| DL | 6 | B20CS50SNS | Ref 20 Cf W/factory Ice | Bosch | 01/24/08 | CMP 02/11/08 | 1,748.00 | 10,488.00 |

All Payments Should Be Sent To: P.O. Box 9122, Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway, Farmingdale, NY 11735-9122

*Comments:*
CALL JIM 1/2 HOUR BEFORE DELIVERY @ 215-546-3032
   INSIDE UNCRATED DELIVERY ALL UNITS MUST BE OPENED AND INSPECTED
AT TIME OF DELIVERY ALL DAMAGES MUST BE REFUSED NO RETURNS OR
EXCHANGES

| | |
|---|---|
| SUB-TOTAL | $25,488.00 |
| SALES TAX | NON-TAXABLE |
| TOTAL | 25,488.00 |
| TOTAL AMOUNT PAID | 22,939.00 |
| TOTAL AMOUNT DUE | 2,549.00 |
| AMOUNT DUE NOW | $2,549.00 |

TERMS: NET 30 DAYS NO DISCOUNT

## *The Company You Can Trust Since 1909!*

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0090553**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman # 70349

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|------|-----|-------|---------|--------------|---------|-----------|-----------|-------------|
| DL | 2 | PDS20SFSLSS | Ref 19cf W/factory Ice | G.E. Profile | 03/27/08 | CMP 04/07/08 | 1,097.00 | 2,194.00 |
| DL | 3 | PDS20SFSLSS | Ref 19cf W/factory Ice | G.E. Profile | 03/27/08 | CMP 04/02/08 | 1,097.00 | 3,291.00 |
| DL | 1 | PDS20SFSRSS | Ref 19cf W/factory Ice | G.E. Profile | 03/27/08 | CMP 04/07/08 | 1,097.00 | 1,097.00 |
| DL | 3 | PDS20SFSRSS | Ref 19cf W/factory Ice | G.E. Profile | 03/27/08 | CMP 04/02/08 | 1,097.00 | 3,291.00 |
| DL | 3 | PGS908SEMSS | Ran Gs S/i | G.E. Profile | 03/27/08 | CMP 04/07/08 | 1,050.00 | 3,150.00 |
| DL | 5 | PGS908SEMSS | Ran Gs S/i | G.E. Profile | 03/27/08 | CMP 04/02/08 | 1,050.00 | 5,250.00 |
| DL | 1 | PGS908SEMSS | Ran Gs S/i | G.E. Profile | 03/27/08 | CMP 04/07/08 | 1,050.00 | 1,050.00 |
| DL | 3 | PNM1871SMSS | Micro Oven Top | G.E. Profile | 03/27/08 | CMP 04/07/08 | 404.00 | 1,212.00 |
| DL | 5 | PNM1871SMSS | Micro Oven Top | G.E. Profile | 03/27/08 | CMP 04/02/08 | 404.00 | 2,020.00 |
| DL | 1 | PNM1871SMSS | Micro Oven Top | G.E. Profile | 03/27/08 | CMP 04/07/08 | 404.00 | 404.00 |
| DL | 3 | PDW8280NSS | D/washer Undctr | G.E. Profile | 03/27/08 | CMP 04/07/08 | 521.00 | 1,563.00 |
| DL | 5 | PDW8280NSS | D/washer Undctr | G.E. Profile | 03/27/08 | CMP 04/02/08 | 521.00 | 2,605.00 |
| DL | 1 | PDW8280NSS | D/washer Undctr | G.E. Profile | 03/27/08 | CMP 04/07/08 | 521.00 | 521.00 |
| DL | 3 | WFL2060UC | E Star Front Load Washe | Bosch | 03/27/08 | CMP 04/07/08 | 759.00 | 2,277.00 |
| DL | 7 | WFL2060UC | E Star Front Load Washe | Bosch | 03/27/08 | CMP 04/02/08 | 759.00 | 5,313.00 |
| DL | 5 | WFL2060UC | E Star Front Load Washe | Bosch | 03/27/08 | CMP 04/07/08 | 759.00 | 3,795.00 |
| DL | 3 | WTE86300US | Dryer El | Bosch | 03/27/08 | CMP 04/07/08 | 759.00 | 2,277.00 |
| DL | 7 | WTE86300US | Dryer El | Bosch | 03/27/08 | CMP 04/02/08 | 759.00 | 5,313.00 |
| DL | 5 | WTE86300US | Dryer El | Bosch | 03/27/08 | CMP 04/07/08 | 759.00 | 3,795.00 |
| DL | 3 | WTZ11300UC | Stack Kits - Req Instal | Bosch | 03/27/08 | CMP 04/07/08 | 65.00 | 195.00 |
| DL | 7 | WTZ11300UC | Stack Kits - Req Instal | Bosch | 03/27/08 | CMP 04/02/08 | 65.00 | 455.00 |
| DL | 5 | WTZ11300UC | Stack Kits - Req Instal | Bosch | 03/27/08 | CMP 04/07/08 | 65.00 | 325.00 |

All Payments Should Be Sent To: P.O. Box 9122  Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway  Farmingdale, NY 11735-9122

*Comments:*
CALL JIM 1/2 HR BEFORE DELIVERY AT 215-546-3032
INSIDE UNCRATED DELIVERY. ALL UNITS MUST BE OPENED AND INSPECTED AT
THE TIME OF DELIVERY. ALL DAMAGES MUST BE REFUSED. NO RETURNS OR
EXCHANGES.

| | |
|---|---|
| SUB-TOTAL | $51,393.00 |
| SALES TAX (7.000%) | 3,597.51 |
| TOTAL | 54,990.51 |
| TOTAL AMOUNT PAID | 49,491.00 |
| TOTAL AMOUNT DUE | 5,499.51 |
| AMOUNT DUE NOW | $5,499.51 |

**TERMS: NET 30 DAYS NO DISCOUNT**

*The Company You Can Trust Since 1909!*

DL = Delivery   EX = Exchange   CP = Customer Pick-Up   TK = Taken   RT = Return

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

**Please Send Payment To Above P.O. Box**

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER  QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION



**P.C. RICHARD** *BUILDERS DIVISION*

*A Division of P.C. Richard & Son*
150 Price Parkway
P.O. Box 9122
Farmingdale, NY 11735-9122

(631) 843-4444
FAX: (631) 843-4450
OUT OF STATE:
(800) 368-6869

**INVOICE#**
**024-0087347**

**SOLD TO:**

Shoemaker Construction Towers
100 Front Street
Suite 1300
West Conshohocken, PA 19428

**SHIP TO:**

Shoemaker Const/Locust Tower
225 South 15th Street
Philadelphia, PA 19102

Customer # 29541

Salesman # 70387

| Type | Qty | Model | Product | Manufacturer | Written | Cmp/Sched | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| DL | 2 | HMV9305 | Micro Oven Top | Bosch | 03/27/08 | CMP 04/02/08 | 427.00 | 854.00 |
| DL | 2 | HMV9305 | Micro Oven Top | Bosch | 03/27/08 | CMP 04/03/08 | 427.00 | 854.00 |
| DL | 2 | HMV9305 | Micro Oven Top | Bosch | 03/27/08 | CMP 04/07/08 | 427.00 | 854.00 |
| DL | 2 | SHX45M05UC | D/washer Undctr | Bosch | 03/27/08 | CMP 04/02/08 | 898.00 | 1,796.00 |
| DL | 2 | SHX45M05UC | D/washer Undctr | Bosch | 03/27/08 | CMP 04/03/08 | 898.00 | 1,796.00 |
| DL | 2 | SHX45M05UC | D/washer Undctr | Bosch | 03/27/08 | CMP 04/07/08 | 898.00 | 1,796.00 |
| DL | 2 | HGS7052UC | Ran Gs 30 Sc | Bosch | 03/27/08 | CMP 04/02/08 | 1,175.00 | 2,350.00 |
| DL | 2 | HGS7052UC | Ran Gs 30 Sc | Bosch | 03/27/08 | CMP 04/03/08 | 1,175.00 | 2,350.00 |
| DL | 2 | HGS7052UC | Ran Gs 30 Sc | Bosch | 03/27/08 | CMP 04/07/08 | 1,175.00 | 2,350.00 |
| DL | 2 | B20CS50SNS | Ref 20 Cf W/factory Ice | Bosch | 03/27/08 | CMP 04/02/08 | 1,748.00 | 3,496.00 |
| DL | 2 | B20CS50SNS | Ref 20 Cf W/factory Ice | Bosch | 03/27/08 | CMP 04/03/08 | 1,748.00 | 3,496.00 |
| DL | 2 | B20CS50SNS | Ref 20 Cf W/factory Ice | Bosch | 03/27/08 | CMP 04/07/08 | 1,748.00 | 3,496.00 |
| DL | 2 | WFL2060UC | E Star Front Load Washe | Bosch | 03/27/08 | CMP 04/02/08 | 759.00 | 1,518.00 |
| DL | 2 | WFL2060UC | E Star Front Load Washe | Bosch | 03/27/08 | CMP 04/03/08 | 759.00 | 1,518.00 |
| DL | 2 | WFL2060UC | E Star Front Load Washe | Bosch | 03/27/08 | CMP 04/07/08 | 759.00 | 1,518.00 |
| DL | 2 | WTB86300US | Dryer El | Bosch | 03/27/08 | CMP 04/02/08 | 759.00 | 1,518.00 |
| DL | 2 | WTB86300US | Dryer El | Bosch | 03/27/08 | CMP 04/03/08 | 759.00 | 1,518.00 |
| DL | 2 | WTB86300US | Dryer El | Bosch | 03/27/08 | CMP 04/07/08 | 759.00 | 1,518.00 |
| DL | 2 | WTZ11300UC | Stack Kits - Req Instal | Bosch | 03/27/08 | CMP 04/03/08 | 65.00 | 130.00 |
| DL | 2 | WTZ11300UC | Stack Kits - Req Instal | Bosch | 03/27/08 | CMP 04/07/08 | 65.00 | 130.00 |

All Payments Should Be Sent To: P.O. Box 9122 Farmingdale, NY 11735-9122
All Other Correspondence Should Be Sent To: 150 Price Parkway, Farmingdale, NY 11735-9122

*Comments:*
CALL JIM 1/2 HOUR BEFORE DELIVERY @ 215-546-3032
INSIDE UNCRATED DELIVERY. ALL UNITS MUST BE OPENED AND INSPECTED AT
THE TIME OF DELIVERY. ALL DAMAGES MUST BE REFUSED. NO RETURNS OR
EXCHANGES.
"*"=Item is Non-Taxable

| | |
|---|---|
| SUB-TOTAL | $34,856.00 |
| SALES TAX | 655.76 |
| TOTAL | 35,511.76 |
| TOTAL AMOUNT PAID | 24,318.00 |
| TOTAL AMOUNT DUE | 11,193.76 |
| AMOUNT DUE NOW | $11,193.76 |

TERMS: NET 30 DAYS NO DISCOUNT

*The Company You Can Trust Since 1909!*

DL=Delivery  EX=Exchange  CP=Customer Pick-Up  TK=Taken  RT=Return

Remit Payment To:
P.C. Richard & Son Builders Division
C/O Accounts Receivable
P.O. Box 9122
Farmingdale, NY 11735-9122

Please Send Payment To Above P.O. Box

NEW YORK
LONG ISLAND BUILDERS INSTITUTE
BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY
NEW YORK ASSOCIATION OF REALTY MANAGERS  ASSOCIATED BUILDERS & OWNERS OF GREATE R NEW YORK
BUILDERS INSTITUTE OF WESTCHESTER QUEENS COUNTY BUILDERS & CONTRACTORS ASSOCIA TION
NATIONAL ASSOCIATION OF HOME BUILDERS
ROCKLAND COUNTY BUILDERS ASSOCIATION  HOME BUILDERS ASSOCIATION OF FAIRFIELD CO UNTY
HUDSON VALLEY BUILDERS ASSOCIATION

NEW JERSEY
NEW JERSEY APARTMENT ASSOCIATION
NEW JERSEY SHORE BUILDERS ASSOCIATION
CENTRAL JERSEY BUILDERS ASSOCIATION
COMMUNITY BUILDER ASSOCIATION OF NEW JERSEY
NORTHERN NEW JERSEY BUILDERS ASSOCIATION