IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| P.C. RICHARD & SON LONG ISLAND CORP.<br>Plaintiff,<br><br>v.<br><br>SHOEMAKER CONSTRUCTION CO.<br>Defendant. | Civil Action No. 09-2579 |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff, P.C. Richard & Son Long Island Corp. ("P.C. Richard") and Defendant, Shoemaker Construction Co. ("Shoemaker"), by and through their undersigned attorneys, hereby jointly notify the Court that the above captioned action ("Action") has been settled by agreement of the parties. Pursuant to Local R.Civ.P. 41.1(b), the parties hereby request the entry of an order dismissing the Action, with prejudice, without costs, and with each party to bear its own attorneys fees and expenses.

Respectfully submitted,                                   Respectfully submitted,

/s/ Mark F. Himsworth                                     /s/ James D. Hollyday
**HAMBURG, RUBIN, MULLIN,**                               **PEPPER HAMILTON, LLP**
**MAXWELL & LUPIN, PC**                                   James D. Hollyday
Mark F. Himsworth                                         3000 Two Logan Square
375 Morris Road                                           Eighteenth & Arch Streets
P.O. Box 1479                                             Philadelphia, PA  19103-2799
Lansdale, PA  19446-0773

*Counsel for P.C. Richard & Son Long Island Corp.*        *Counsel for Shoemaker Construction Co.*

Dated: January 25, 2010

                                    **SO ORDERED,** this ____ day of January, 2010.

                                    _____
                                    Anita B. Brody, J.

## CERTIFICATE OF SERVICE

I, James D. Hollyday, hereby certify that on January 25, 2010, a true and correct copy of the foregoing Stipulation and Order was filed electronically and is available for viewing and downloading via the ECF System. The document was also served via email upon the following:

>Mark F. Himsworth, Esquire
>**HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN, PC**
>375 Morris Road
>P.O. Box 1479
>Lansdale, PA  19446-0773

>/s/ James D. Hollyday
>James D. Hollyday